**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: February 06, 2026

Ms. Wendy R. Calaway
Law Offices
810 Sycamore Street
Suite 117
Cincinnati, OH 45202

    Re: Case No. 25-3532
         *USA v. Richard Woodard*
         Originating Case No. 1:20-cr-00473-1

Dear Counsel,

  The Court issued the enclosed Order today in this case.

                                            Sincerely yours,

                                            s/Kelly Stephens

                                            Appeal Case Manager: Robin
                                            Direct Dial No. 513-564-7014

cc: Ms. Laura McMullen Ford
    Mr. Richard Woodard

Enclosure